# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

132007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HOME-OWNERS INSURANCE COMPANY,
        Plaintiff-Appellee,

v

DOUGLAS CRAIG BROWN,
            Defendant,
and

ROBERT KIMBRO, Personal Representative of
the Estate of Lawrence Grand, Deceased,
            Defendant-Appellant.

SC: 132007
COA: 259233
Van Buren CC: 04-051971-CK

_____/

        On order of the Court, the application for leave to appeal the July 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        KELLY, J., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

t1206